SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
Five Centerpointe Drive, Suite 400
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

FILED '07 FEB 02 07:39 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARREN E. FORT, | Civil No. 05-1536-HO |
| Plaintiff, | ORDER FOR ATTORNEY FEES – EAJA |
| vs. | |
| LINDA S. McMAHON, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees of $3,742.43 under the Equal Access to Justice Act, 28 U.S.C. 2412, and costs of zero under 28 U.S.C. 1920, are awarded to plaintiff, to be made payable to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel.

DATED this 2nd day of ~~January,~~ Feb. 2007.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES -EAJA - 1