SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARREN E. FORT, | Civil No. 05-1536-HO |
| Plaintiff, | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. 406(B) |
| vs. | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant. | |

Reasonable attorney fees in the amount of $5,656.00 are hereby awarded to Plaintiff's attorney, Sara L. Gabin, under 42 U.S.C. § 406(b), these fees to be offset by $3,742.43 awarded previously to Ms. Gabin under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). When issuing the 406(b) check, the agency is directed to submit the full amount, $5,656.00, to Attorney Gabin. Upon receiving the full amount, Attorney Gabin is directed to refund to Fort $3,742.43, fees previously awarded under the EAJA. Any withheld benefits then remaining should be released to Fort as soon as possible.

DATED this 20th day of February, 2008.

_____
JUDGE/MAGISTRATE

Submitted by:
SARA L. GABIN, OSB #81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. 406(B) - 1